SAM L. SMITH v. PILOT INSURANCE AND REALTY
COMPANY, INC., ET AL.

(Filed 8 May, 1929.)

APPEAL by plaintiff from *Sinclair, J.,* at April Term, 1928, of MONT-
GOMERY. No error.

Action to recover damages for breach of contract to procure deed
from owners of land conveying the same to plaintiff.

From judgment on an adverse verdict plaintiff appealed to the
Supreme Court.

*W. A. Cochran for plaintiff*
*No counsel for defendants.*

PER CURIAM. The only exceptions set out and discussed in the brief
filed for plaintiff in this Court are to instructions of the court in the
charge to the jury. Other exceptions appearing in the case on appeal
are abandoned. Rule 28.

The contract is in writing; its execution is admitted, and it is free
from ambiguity. It was correctly construed by the court, as a contract
to procure from the owners within thirty days a deed conveying the land
to plaintiff, or upon failure to do so, to return to plaintiff the money
paid to defendants on the purchase price. There was evidence tending
to show that defendants had not breached the contract, and are there-
fore not liable to plaintiff for damages. The evidence was submitted
by the court under instructions which are free from error. The judg-
ment in accordance with the verdict is affirmed.

No error.